FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
SEP 01 2023
MITCHELL R. ELFERS
CLERK

August 26, 2023

United States Clerk,

To Whom it May Concern
Can you please file this complaint for violation of my 1ST 4TH 5TH 8TH and 14TH ammendments rights against:

- The Board of County Commissioners Bernalillo County (BERNCO)
- Metropolitan Detention Center
  Chief Jason Jones
  Assistant Chief Sergio Lapien
- The City of Albuquerque
  Mayor Tim Keller

Can you please forward me a blank application of 42 U.S.C. 1983 Pro-Se Civil Rights Complaint along with a blank application In Forma Pauperis since I will be filing as an indigent inmate

OVER PLEASE →



Thank You,

Respectfully Submitted by:

R.J.R. [signature]

Attn: ROBERT JAMES RIVERA JR.
# 100232300 (ROBERT JAMES RIVERA JR)
Pod - F8 - B
Metropolitan Detention Center
100 Deputy Dean Miera Dr. SW.
Albuquerque, NM 87151


Robert J. Rivera
#100232300 F8-13
MDC 100 Deputy Dean Miera Dr. NW
Albuquerque, NM 87151
ALBUQUERQUE NM 870
29 AUG 2023 PM 4 L
USA ★ FOREVER
United States District Court
District of New Mexico
Office of the Clerk
Suite 270
333 Lomas Blvd. NW
RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
SEP 01 2023
MITCHELL R. ELFERS
CLERK