IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

_____

ROBERT JAMES RIVERA, JR.,

    Plaintiff,

v.

                                          Case No. 1:23-cv-00742-MLG-DLM

BOARD OF COUNTY COMMISSIONERS
FOR BERNALILLO COUNTY,
METROPOLITAN DETENTION CENTER,
JASON JONES, SERGIO SAPIEN,
CITY OF ALBUQUERQUE, TIM KELLER,

    Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case. It is ordered that this civil action is dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA